Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
192 North 11th Street
Grover Beach, CA 93433
Tel:805-458-6312
Fax:805-489-2001
slcrawfordlaw@gmail.com
stevecrawfordlaw.com

Attorney for Defendant
    GABRIEL GOMEZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>           Petitioner, )<br>)<br>  vs. )<br>)<br>GABRIEL GOMEZ, )<br>)<br>           Defendant. )<br>_____ ) | Case No. 1:17-CR-00198 LJO EPG<br><br>STIPULATION AND ORDER MODIFYING PRETRIAL RELEASE CONDITIONS<br><br>Honorable Erica P. Grosjean |

IT IS HEREBY STIPULATED by and between the parties in the above entitled case as well as Pretrial Services, that the pretrial conditions be modified to include mandatory drug testing (when requested by pretrial services) for the above defendant.

## CONCLUSION

Pretrial Services indicated to counsel and the defendant that he failed to include this as condition at the original detention hearing. Defendant and counsel have discussed the matter and are in agreement that this condition should be included.

Dated: 11/9/17                          Respectfully submitted,


       /Kimberly A. Sanchez/
Kimberly A. Sanchez, AUSA


       /Steven L. Crawford/
Steven L. Crawford Attorney for
GABRIEL GOMEZ

**GOOD CAUSE APPEARING, IT IS ORDERED that modification of the original pretrial release order include the condition of mandatory drug testing for the defendant.**

IT IS SO ORDERED.

Dated: **November 13, 2017**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE