# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



DEC 21 2017

CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| vs. | ) | Case No. 1:17-CR-198-LJO-SKO |
| Gabriel Gomez | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Gabriel Gomez____, have discussed with ____Dan Stark____, Pretrial Services Officer, modifications of my release conditions as follows:

To modify the conditions of release to add the following condition: The defendant shall participate in mental health treatment as approved by the Pretrial Services Officer. Defendant must pay all or part of the costs of treatment based upon the defendant's ability to pay as determined by Pretrial Services.

All previous ordered conditions of release, not in conflict, shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  Dec/16/2017        _____  12/18/2017
Signature of Defendant   Date                Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____  Jeffrey A. Spivak, AUSA       12/21/17
Signature of Assistant United States Attorney          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                 12/18/17
Signature of Defense Counsel                            Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ____12/21/17____.

☐ The above modification of conditions of release is *not* ordered.

_____                                 12/21/17
Signature of Judicial Officer                           Date

cc: U.S. Attorney=s Office, Defense Counsel, Pretrial Services