STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
192 North 11th
Grover Beach, CA 93433
Tel: 805-458-6312
Fax: 805-489-2001

Attorney for Defendant
    Francisco Salgado

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:17CR00198 LJO |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER CHANGING |
| | ) SENTENCING DATE AND RELATED PSR |
| GABRIEL GOMEZ, | ) DATES |
| Defendant. | ) |
| | ) Judge: Honorable LAWRENCE J. |
| | ) O'NEILL |

TO: THE HONORABLE LAWRENCE J. O'NEILL, Presiding Justice, Eastern District of California.

    IT IS HEREBY STIPULATED by and between the parties in this action that the current dates set for the PSR to be distributed to counsel, the informal objections, formal objections and the sentencing hearing currently set in this case be vacated and changed to the following:

-Draft PSR to counsel—May 13, 2019;

-Informal objections due—May 20, 2019;

Final report due to court—June 3, 2019

-Formal objections due June 10, 2019;

- 1

Reply or response due—June 17, 2019 and

-Sentencing set for July 15, 2019, 2019 at 10:00 a.m. or as soon thereafter as is convenient for the court.

    This stipulation is needed based on the fact that defense counsel did not receive notice of the draft PSR nor did he have an opportunity to respond to the draft PSR prior to it being finalized on May 13, 2019. The parties are requesting that counsel be given the opportunity to object or otherwise review and comment on the PSR prior to its final version being filed an considered by the court.

    I believe that time has been waived in this matter but out of an abundance of caution, the defendant, Gabriel Gomez, hereby waives time for sentencing up to and including the new date of July 15, 2019.

Respectfully submitted,

                                              /S/ Steven L. Crawford
STEVEN L. CRAWFORD, Attorney for Gabriel Gomez

                                              /s/ Thomas Newman
Thomas Newman, Assistant United States Attorney

IT IS SO ORDERED.

    Dated: **May 14, 2019**                        **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES CHIEF DISTRICT JUDGE