STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
192 North 11th
Grover Beach, CA 93433
Tel: 805-458-6312
Fax: 805-489-2001

Attorney for Defendant
                Gabriel Gomez

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>GABRIEL GOMEZ,<br><br>    Defendant. | Case No. 1:17CR00198 LJO<br><br>STIPULATION AND PROPOSED TO CONTINUE SENTENCING HEARING<br><br>Judge: Honorable LAWRENCE J. O'NEILL |

TO: THE HONORABLE LAWRENCE J. O'NEILL, Presiding Justice, Eastern District of California.

   IT IS HEREBY STIPULATED by and between the parties in this action that the current dates set for the sentencing hearing in the above entitled case be changed from July 15, 2019 to August 5, 2019 at 10 am or as soon thereafter as the court is able.

   This stipulation is needed based on the fact that defense counsel and the government have run across several sentencing issues that we need to address prior to the sentencing hearing moving forward. In addition, a different AUSA has resumed responsibility for the sentencing in this matter and time is needed to discuss and find resolutions to these issues. These

issues are important and may have a significant impact on the defendant's sentence.

I believe that time has been waived in this matter but out of an abundance of caution, the defendant, Gabriel Gomez, hereby waives time for sentencing up to and including the new date of August 5, 2019.

Respectfully submitted,
July 9, 2019

        /S/ Steven L. Crawford
STEVEN L. CRAWFORD, Attorney for Gabriel Gomez

        /s/ Jeffrey Spivak
Jeffrey Spivak, Assistant United States Attorney

Request granted. Continued to August 5, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **July 9, 2019**　　　　　　　　　/s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE