STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
192 North 11th Street
Grover Beach, CA 93433
Tel: (805)458-6312
Fax: (805)498-2001
slcrawfordlaw@gmail.com

Attorney for Defendant
         Gabriel Gomez

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17CR00198 NONE |
| Plaintiff, | |
| vs. | MOTION TO EXONERATE BOND And ORDER. |
| GABRIEL GOMEZ, | |
| Defendant. | |

On October 19, 2017, Defendant's wife Teresa Gomez posted a $1,000.00 bond on behalf of Defendant Gabriel Gomez. The defense is requesting this Court to exonerate the bond as this case is completed and Mr. Gomez has been sentenced.

April 14, 2021

                                        /Steven L. Crawford/
                                        STEVEN L. CRAWFORD, Attorney
                                        for Defendant Gabriel Gomez

IT IS SO ORDERED.

   Dated:  **April 20, 2021**                    _____
                                        UNITED STATES DISTRICT JUDGE

- 1