**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**2950 Mariposa Street. Suite 120**
**Fresno, California 93721**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant GABRIEL GOMEZ.

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No.  1:17-CR-00198-JLT-SKO |
| ) | |
| Plaintiff, ) | **MOTION TO FILE EXHIBIT A,** |
| vs. ) | **MEDICAL RECORDS, UNDER SEAL** |
| ) | **AND ORDER.** |
| GABRIEL GOMEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   Counsel for Mr. Gabriel Gomez requests to file Exhibit A, the medical records of Mr. Gabriel Gomez while under care at the Community Regional Medical Center, under seal.  The records contain personal information.

Dated:  April 17, 2024                          Respectfully submitted,


                                                  /s/ Melissa Baloian
                                                 Melissa Baloian

-1-

ORDER

Having received and reviewed the request to seal Exhibit A to the Sentencing Memorandum filed by the Defendant, the court finds good cause for the sealing of that exhibit and therefore GRANTS the request.

IT IS SO ORDERED.

Dated:   **April 18, 2024**

UNITED STATES DISTRICT JUDGE