ERIC GRANT
United States Attorney
NICHOLAS ENRICO KARP
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>GABRIEL GOMEZ,<br><br>                              Defendant. | CASE NO.  1:17-CR-00198-JLT-SKO<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER<br><br>DATE: December 3, 2025<br>TIME: 2:00 p.m. |

This case is set for a status conference on a supervised release on December 3, 2025. The parties agree and stipulate to continue the status conference until January 28, 2026.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status conference on a supervised release violation on December 3, 2025.

2.    The United States and defendant are discussing case status for possible global resolution with Mr. Gomez's underlying and ongoing California state charges.

3.    By this stipulation, defendant now moves to continue the status conference until **January 28, 2026, at 2:00 p.m**.

1       4.      No exclusion of time is necessary because the matter concerns a supervised release

2  violation.

3       IT IS SO STIPULATED.

4  Dated:  November 28, 2025                    ERIC GRANT
                                                United States Attorney
5

6                                               /s/ NICHOLAS ENRICO KARP
                                                NICHOLAS ENRICO KARP
7                                               Assistant United States Attorney

8
   Dated:  November 28, 2025                    /s/ RICHARD BESHWATE
9                                               RICHARD BESHWATE
                                                Counsel for Defendant
10                                              GABRIEL GOMEZ

11

12

13                                **ORDER**

14      Having reviewed the parties' stipulation and proposed findings,

15      IT IS HEREBY ORDERED that the status conference scheduled for December 3, 2025 at 2:00

16  p.m. is continued to **January 28, 2026 at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.  No

17  exclusion of time is necessary because the matter concerns a supervised release violation.

18
   IT IS SO ORDERED.
19

20      Dated:   **December 1, 2025**                   /s/ Barbara A. McAuliffe

21                                               UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28